U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 09 2008

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| TOMMY K. CRYER | CIVIL ACTION NO. 07-2206 |
| VERSUS | JUDGE DONALD E. WALTER |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the foregoing Memorandum Ruling, **IT IS ORDERED** that the Motion to Dismiss [Doc. #3] filed on behalf of defendant, the United States of America, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, be and is hereby **GRANTED** and that plaintiff's claims be and are hereby **DISMISSED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this ___9___ day of May, 2008.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE